AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SHIRLEE ANN KAKARUK | **WARRANT FOR ARREST**<br>CASE NUMBER: 3:05-CR-00076-08-RRB<br>FID # 1171613<br>WARRANT #<br>Entered NCIC<br>Entered APSIN<br>Removed NCIC<br>Removed APSIN |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SHIRLEE ANN KAKRUK and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Fourth Superseding Indictment   [] Information   [] Complaint   [] Order of Court   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:846,841(a)(1)&(b)(1)(A) - DRUG CONSPIRACY - Count 1
21:846 & 841(a)(1)&(b)(1)(B) - ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE - Count 5

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer<br>by [redacted signature]      Deputy Clerk<br>Signature of Issuing Officer<br><br>Bail Fixed at $ to be determined | Clerk of Court<br>Title of Issuing Officer<br><br>May 16, 2006 at Anchorage, AK<br>Date and Location<br><br>by Magistrate Judge John D. Roberts |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: _____

ANCHORAGE, AK

| DATE RECEIVED<br>5/17/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>5/19/06 | K GUINN DUSM | [redacted] |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: SHIRLEE ANN KAKARUK

ALIAS: _____

LAST KNOWN RESIDENCE: Unknown

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

HEIGHT: 5'8"            WEIGHT: 185

SEX: FEMALE             RACE: Caucasian

HAIR: Black             EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: S/A Mark Schmidt, DEA Anchorage