```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs SHIRLEE ANN KAKARUK      CASE NO. 3:05-cr-00076-08-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          LARRY CARD

DEFENDANT'S ATTORNEY:            CHARLES COE - APPOINTED

U.S.P.O.:                        PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON FOURTH SUPERSEDING INDICTMENT
             HELD MAY 23, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:01 a.m. court convened.

 X Copy of Fourth Superseding Indictment given to defendant: read

 X Defendant sworn.

 X Defendant advised of general rights, charges, and penalties.
    X Waived full advisement of rights.

 X Defendant states true name: Same as above.         Age:   31

 X Financial Affidavit **FILED**.
  X Federal Public Defender to appoint CJA counsel; FPD notified.

 X PLEA(S): Not Guilty to count(s) 1 and 5 of the Fourth
    Superseding Indictment.

 X Defendant's detention not opposed. Defendant detained. Order
    of Detention Pending Trial **FILED**.

 X Pretrial motions due **June 7, 2006** ; Order for the Progression
    of a Criminal Case with Trial by Jury & Final Pretrial Date
    **FILED.**

 X Counsel advised of trial date: **June 26, 2006 at 8:30 a.m.**
    before U.S. District Judge Ralph R. Beistline. Final Pretrial
    Conference set for **June 19, 2006 at 9:00 a.m.**

 X OTHER: Parties to meet and confer by **June 2, 2006.** Court and
counsel heard re defendant's oral motion for authorization of
over $500.00 to be paid to Imig for copies; **GRANTED;** court
instructed counsel to file the appropriate paperwork.

At 11:24 a.m. court adjourned.

DATE:     May 23, 2006         DEPUTY CLERK'S INITIALS:    amk