CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884

Attorney for Shirlee Ann Kakaruk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.3:05-cr-76 (RRB) |
| v. ) | |
| ) | **NOTICE OF INTENT TO** |
| SHIRLEE ANN KAKARUK, ) | **CHANGE PLEA** |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW, CHARLES W. COE, CJA counsel for Shirlee Ann Kakaruk, and hereby gives notice of her intent to change her plea. Counsel will be available on the following dates to attend a hearing:

> Tuesday morning, June 20, 2006
> Wednesday morning, June 21, 2006
> Thursday after 10 a.m., June 22, 2006
> Friday, June 23, 2006

DATED this 19th of June, 2006.

> CHARLES W. COE
> CJA Counsel for
> Shirlee Ann Kakaruk

_____
Charles W. Coe
ABA#7804002