CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884

Attorney for Shirlee Ann Kakaruk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.3:05-cr-76 (RRB) |
| v. ) | |
| ) | **ORDER** |
| SHIRLEE ANN KAKARUK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY ORDERED that:

A change of plea hearing is scheduled for the _____ day of June, 2006, at _____.

DATED this _____ of June, 2006.

_____
U.S. DISTRICT COURT JUDGE