UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA    v.   SHIRLEE ANN KAKARUK 

DATE:    June 19, 2006    CASE NO.    3:05-CR-0076-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                  **SCHEDULING CHANGE OF PLEA HEARING**

---

      Defendant Kakaruk has filed a Notice of Intent to Change Plea (Docket 338).  Due to the unavailability of Judge Beistline, the change of plea hearing will be held before the Honorable John W. Sedwick on **Thursday, June 22, 2006, at 10:00 a.m.**, in Courtroom 3 in Anchorage, Alaska.

M.O. SCHEDULING HEARING