CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884
e-mail: charlielaw@gci.net

Attorney for Shirlee Ann Kakaruk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.3:05-cr-76 (RRB) |
| v. ) | |
| ) | **MOTION TO CONTINUE** |
| SHIRLEE ANN KAKARUK, ) | **SENTENCING** |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, CHARLES W. COE, CJA counsel for Shirlee Ann Kakaruk, and hereby moves for an order to continue the sentencing, currently scheduled for September 13, 2006, at 9 a.m. Counsel requests that the sentencing be continued until the afternoon of September 13, 2006, due to the fact that he will be in trial in superior court until 1:30 p.m. Counsel will be available on the following dates to attend sentencing:

>Monday afternoon, September 11, 2006
>Tuesday afternoon, September 12, 2006
>Wednesday afternoon, September 14, 2006
>Monday morning, September 18, 2006
>Tuesday morning or afternoon, September 19, 2006

Counsel had spoken to Crandon Randell in the U.S. Attorney's Office and he is unopposed to this continuance.

DATED this 1st of September, 2006.

        CHARLES W. COE
        CJA Counsel for
        Shirlee Ann Kakaruk

        s/ Charles W. Coe
        _____
        Charles W. Coe
        ABA#7804002