CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
ABA#7804002
(907) 276-6173
(907) 279-1884
e-mail: charlielaw@gci.net

Attorney for Shirlee Ann Kakaruk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | CASE NO.3:05-cr-76 (RRB) |
| v.    ) | **ORDER REGARDING** |
| ) | **MOTION TO CONTINUE** |
| SHIRLEE ANN KAKARUK,    ) | **SENTENCING** |
| ) | |
| Defendant.    ) | |
| _____) | |

    IT IS HEREBY ORDERED that:

    The sentencing, currently scheduled for September 13, 2006, at 9 a.m., is continued until the _____ day of September, 2006, at _____.

    DATED this _____ day of September, 2006.

                                                               _____
                                                             U.S.DISTRICT COURT JUDGE