**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


USA   v.   KAKARUK

DATE:   September 6, 2006     CASE NO.   3:05-CR-0076-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**CHANGING TIME FOR SENTENCING**

---

Due to the unavailability of defense counsel, the **time** for the sentencing in this matter on **September 13, 2006,** is **changed** from 9:00 a.m. to **2:30 p.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. CHANGING TIME FOR SENTENCING