Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BYRON WILLIAMS, et. al.,<br><br>　　　　　Defendants. | NO. 3:05-cr-0076-RRB<br><br>**NOTICE OF TERMINATION OF SERVICE** |

　　　　Sue Ellen Tatter hereby notifies the Court that she is no longer an active participant in *United States v. Byron Williams, et. al.*, Case No. 3:05-cr-0076-RRB, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED this 8th day of September 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:      sue_ellen_tatter@fd.org

Certification:
I certify that on September 8, 2006,
a copy of the **Notice of Termination
of Service** was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Sue Ellen Tatter