MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __SHIRLEE ANN KAKARUK__   CASE NO. 3:05-CR-00076-08-RRB
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE:     RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:    SUZANNETTE DAVID / CAROLINE EDMISTON

UNITED STATES' ATTORNEY:  CRANDON RANDELL

DEFENDANT'S ATTORNEY:     CHARLES COE

U.S.P.O.:                 BARBARA BURTON

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/13/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:36 p.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of 35 months.

_X_ Defendant placed on supervised release for a period of 5 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $ 100.00 , due   Immediately.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ On motion of the U.S. Attorney, remaining count 1 of the 4th Superseding Indictment dismissed.

_X_ OTHER: Court counsel heard re presentence report, plea agreement and sentencing recommendations.  Payment coupon given to the defendant.  Court advised defendant of appeal rights.

At 3:11 p.m. court adjourned.

DATE:   September 13, 2006   DEPUTY CLERK'S INITIALS: SD / CE